## Commonwealth v. Parnell, Appellant.

Submitted November 13, 1967. *Daniel T. Zamos* and *Anthony C. Troiano,* Assistant Defenders, and *George H. Ross,* Defender, for appellant; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.